**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Charles Poll, | ) |
| Plaintiff, | ) No. CIV 04-2563-PHX-DKD |
| vs. | ) |
| Kmart Corporation, et al., | ) **ORDER** |
| Defendants. | ) |

Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. #31), filed December 28, 2005, and upon good cause appearing,

**IT IS HEREBY ORDERED** dismissing this matter with prejudice, each party to bear their own costs and attorney's fees.

DATED this 9th day of January, 2006.

David K. Duncan
United States Magistrate Judge